1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10                                    **EASTERN DIVISION**

11

12   BRENDA MARCUS,                    )    No. EDCV 09-1289 CW
                                       )
13              Plaintiff,             )    JUDGMENT
            v.                         )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner, Social Security     )
     Administration,                   )
16                                     )
                Defendant.             )
17   _____)

18

19       **IT IS ADJUDGED** that the decision of the Commissioner is affirmed

20   and this action is dismissed with prejudice.

21

22   DATED: October 26, 2010

23

24                                    _____
                                          CARLA M. WOEHRLE
25                                    United States Magistrate Judge

26

27

28